UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/4/2025__

-----------------------------------------------------------------X

MMAS RESEARCH LLC,

                   Plaintiff,

      -v-

NEW YORK UNIVERSITY, et al.,

                Defendants.

-----------------------------------------------------------------X

25-cv-7026 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties should be aware that my father-in-law, Dr. Carmel J. Cohen, who is now deceased, was a gynecological oncologist associated with Mt. Sinai Hospital until his retirement, and that for a brief period of time more than a decade ago, I saw Dr. Fuster as a patient. Mt. Sinai is requested to investigate whether, as a result of Dr. Cohen's relationship with the hospital, I, my wife, or my mother-in-law would have any financial interest that would require my recusal in this case.

      SO ORDERED.

Dated: December 4, 2025
      New York, New York

                             LEWIS J. LIMAN
                        United States District Judge