UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

MMAS RESEARCH LLC,                  :

                                    :

            Plaintiff,           :

                                    :          25-cv-7026 (LJL)

        -v-                   :

                                    :           ORDER

NEW YORK UNIVERSITY, et al.,      :

                                    :

           Defendants.      :

                                    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/4/2025__

LEWIS J. LIMAN, United States District Judge:

As indicated on the record at the conference today, December 4, 2025, Mt. Sinai shall inform the Court by no later than December 8, 2025, whether there is any reason to believe that the Court or its family members might have a financial interest in the hospital that would require its recusal in this case. *See* Dkt. No. 50.[1]

The initial pretrial conference will be held over until January 5, 2026, at 2:00 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. The Court will withhold judgment on the proper Case Management Plan and the requests for a stay of discovery in the meantime.

Defendants' motions to dismiss shall be due December 18, 2025. If necessary, Defendants may write to the Court seeking an extension of the deadline, and Plaintiff may

---

[1] At the conference, Plaintiff's counsel indicated no objection to the Court continuing to preside over this matter.

respond to any such request by the end of the following day.

     SO ORDERED.

Dated: December 4, 2025
     New York, New York

                           LEWIS J. LIMAN
                 United States District Judge