**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

MMAS RESEARCH LLC, a Washington limited
liability company,

                Plaintiff,

v.

NEW YORK UNIVERSITY; PFIZER INC.;
ICAHN SCHOOL OF MEDICINE AT MOUNT
SINAI; VALENTIN FUSTER; DOES 1 through 10,
inclusive,

                Defendants

Civ. Action No. 1:25-cv-07026-LJL

---

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**

WHEREAS, Plaintiff MMAS Research LLC ("Plaintiff") has asserted claims in this action relating to, *inter alia*, asserted rights in the "Morisky Widget," the MMAS-4 and MMAS-8 medication adherence tests, and alleged licenses relating to the foregoing;

WHEREAS, Plaintiff and its principal are defendants in a lawsuit currently pending in the United States District Court for the Western District of Washington, styled *MMAS Research LLC v. Morisky*, No. 2:21-cv-00844-TSZ (W.D. Wash.) (the "Morisky Action"), brought by Dr. Donald Morisky, the creator of the MMAS-4 and MMAS-8 tests;

WHEREAS, Dr. Morisky alleges in the Morisky Action, *inter alia,* that as a result of an agreement between himself and Plaintiff, Dr. Morisky and/or his company is the exclusive owner of the Morisky Widget, the MMAS-4 and MMAS-8 tests, and other intellectual property relating thereto, and Plaintiff has assigned to Dr. Morisky and/or his company certain licenses relating to the Morisky Widget and/or the MMAS-4 and MMAS-8 tests;

WHEREAS, Defendants in this action have asserted that the outcome of the Morisky Action could directly impact this action, including by determining whether Plaintiff owns some or all of the rights on which Plaintiff's claims in this action are based;

WHEREAS, Defendants in this action have moved to dismiss the respective claims against them, and certain defendants have moved in the alternative for a stay of this action pending the resolution of the Morisky Action;

WHEREAS, trial in the Morisky Action is scheduled to commence on March 2, 2026;

WHEREAS, without waiver of any of their respective positions, and for the sake of judicial economy and comity, convenience of witnesses and parties, and the avoidance of unnecessary proceedings, Plaintiff and Defendants in this action have agreed to stay all proceedings in this action, including discovery, pending the resolution of the Morisky Action as set forth herein;

NOW THEREFORE, the parties stipulate and agree as follows:

1. This action and all claims and proceedings therein, including discovery, are stayed in their entirety until the resolution of the Morisky Lawsuit and the exhaustion of all rights to appeal therein.

2. Defendants' respective motions to dismiss the Amended Complaint are held in abeyance.

3. The parties shall provide the court with a joint report, briefly setting forth the status and key developments in the Morisky Lawsuit, by no later than 14 days after each of the following events: any change of the trial date in that action; the issuance of a judgment by the District Court in that action; and the exhaustion of all rights to appeal such judgment. .

Dated:  December 31, 2025

Attestation regarding signatures:

I, Marc E. Hankin, attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this document with the use of their electronic signature.

Respectfully submitted,

| | |
|---|---|
| HANKIN PATENT LAW, APC | HODGSON RUSS LLP |
| */ Marc E. Hankin/* | */ Jodyann Galvin/* |
| Alice Denenberg | Jodyann Galvin |
| Alice@HPL.Law | jgalvin@hodgsonruss.com |
| Marc E. Hankin | James J. Zawodzinski |
| Marc@HPL.Law | jzawodzi@hodgsonruss.com |
| 11414 Thurston Circle | The Guaranty Building |
| Los Angeles, CA 90049 | 140 Pearl Street, Suite 100 |
| Tel: (310) 979-3600 | Buffalo, New York 14202-4040 |
| | Tel: 716.848.1520 |
| *Attorneys for Plaintiff MMAS RESEARCH LLC* | |
| | *Attorneys for Defendant NEW YORK UNIVERSITY* |

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | KIBLER FOWLER & CAVE LLP |
| */ Paul C. Llewellyn/* | */ Daniel J. Stujenske/* |
| Paul C. Llewellyn | Daniel J. Stujenske |
| Paul.Llewellyn@arnoldporter.com | dstujenske@kfc.law |
| Catherine M. Langhans | 270 Madison Ave, Ste 1410 |
| Catherine.Langhans@arnoldporter.com | New York, New York 10016 |
| 250 West 55th Street | Tel: (917) 909-6350 |
| New York, NY 10019-970 | |
| Tel: 212.836.8000 | *Attorneys for Defendants ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI and VALENTIN FUSTER* |
| *Attorneys for Defendant PFIZER INC.* | |

**IT IS SO ORDERED.**

Dated: December 31, 2025

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT COURT JUDGE