**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

MMAS RESEARCH LLC, a Washington limited
liability company,

        Plaintiff,

v.

NEW YORK UNIVERSITY; PFIZER INC.;
ICAHN SCHOOL OF MEDICINE AT MOUNT
SINAI; VALENTIN FUSTER; DOES 1 through 10,
inclusive,

        Defendants

Civ. Action No. 1:25-cv-07026-LJL

---

**JOINT STATUS REPORT PURSUANT TO STAY ORDER**

This joint status report is submitted on behalf of all parties pursuant to Paragraph 3 of the

Court's December 31, 2025 Order [Dkt. 71] staying this action pending resolution of the matter

*MMAS Research LLC v. Morisky*, No. 2:21-cv-01301-RSM (W.D. Wash.) (the "Morisky Action").

The parties report that on March 26, 2026, the Honorable Ricardo S. Martinez issued an

Order to Show Cause in the Morisky Action (attached hereto as Exhibit A), striking the April 13,

2026 trial date, directing MMAS Research LLC ("MMAS") to show cause by April 10, 2026 why

default should not be entered against it for the reasons set forth in that order, and stating that the

Court would not address further matters in the case pending resolution of the Order to Show

Cause.

Dated:  March 31, 2026

Respectfully submitted,

HANKIN PATENT LAW, APC

Marc. E. Hankin
Marc E. Hankin, Marc@HPL.Law
Alice Denenberg, Alice@HPL.Law
11414 Thurston Circle
Los Angeles, CA 90049
Tel: (310) 979-3600

*Attorneys for Plaintiff MMAS RESEARCH LLC*

HODGSON RUSS LLP

Jodyann Galvin
Jodyann Galvin
jgalvin@hodgsonruss.com
James J. Zawodzinski
jzawodzi@hodgsonruss.com
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: 716.848.1520

*Attorneys for Defendant NEW YORK UNIVERSITY*

ARNOLD & PORTER KAYE SCHOLER LLP

Paul C. Llewellyn
Paul C. Llewellyn
Paul.Llewellyn@arnoldporter.com
Catherine M. Langhans
Catherine.Langhans@arnoldporter.com
250 West 55th Street
New York, NY 10019-970
Telephone: 212.836.8000

*Attorneys for Defendant PFIZER INC.*

KIBLER FOWLER & CAVE LLP

Daniel J. Stujenske
Daniel J. Stujenske
dstujenske@kfc.law
500 Fifth Avenue, 12th Floor
New York, New York 10110
(917) 909-6350

*Attorneys for Defendants ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI and VALENTIN FUSTER*