UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>NEW YORK UNIVERSITY; PFIZER INC.; ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI; DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 1:25-cv-07026 |

## JOINT STATUS REPORT

This joint status report is submitted on behalf of all parties pursuant to Paragraph 3 of the Court's December 31, 2025 Order (Dkt. 71) staying this action pending resolution of the matter *Morisky v. MMAS Research LLC*, No. 2:21-cv-01301-RSM (W.D. Wash.) (the Morisky Action).

On March 26, 2026, the Court in the Morisky Action ordered MMAS to show cause why default should not be entered against it. On April 2, 2026, MMAS filed a written response to the OSC. On April 21, 2026, the Court issued an Order for Entry of Default (Morisky Action, Dkt. 324), attached hereto as **Exhibit A**, directing the clerk to enter default against MMAS. On April 22, 2026, the clerk entered default against MMAS (Morisky Action, Dkt. 325), attached hereto as **Exhibit B**. On April 26, 2026, MMAS filed a motion for reconsideration (Morisky Action, Dkt. 326). Plaintiff's motion for default judgment is due on June 5, 2026. (Morisky Action, Dkt. 324).

Judgment in the Morisky Action may bear directly on whether Plaintiff may continue to maintain this action and may resolve issues overlapping with those with asserted here. (*See* Morisky Action, Second Amended Complaint, Dkt. 22). The parties will provide a further update

following the entry of judgment.

DATED: May 7, 2026

Respectfully submitted,

| | |
|---|---|
| HANKIN PATENT LAW, APC | HODGSON RUSS LLP |
| /s/ Marc E. Hankin | /s/ Jodyann Galvin |
| Alice Denenberg, Alice@HPL.Law | Jodyann Galvin |
| Marc E. Hankin, Marc@HPL.Law | jgalvin@hodgsonruss.com |
| 11414 Thurston Circle | James J. Zawodzinski |
| Los Angeles, CA 90049 | jzawodzi@hodgsonruss.com |
| Tel: (310) 979-3600 | The Guaranty Building |
| | 140 Pearl Street, Suite 100 |
| *Attorneys for Plaintiff MMAS RESEARCH LLC* | Buffalo, New York 14202-4040 |
| | Telephone: 716.848.1520 |

*Attorneys for Defendant NEW YORK UNIVERSITY*

| | |
|---|---|
| KIBLER FOWLER & CAVE LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| /s/ Daniel J. Stujenske | /s/ Paul C. Llewellyn |
| Daniel J. Stujenske | Paul C. Llewellyn |
| 270 Madison Avenue, Suite 1410 | Paul.Llewellyn@arnoldporter.com |
| New York, New York 10016 | Catherine M. Langhans |
| (917) 909-6350 | Catherine.Langhans@arnoldporter.com |
| | 250 West 55th Street |
| *Attorneys for Defendants ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI and VALENTIN FUSTER* | New York, NY 10019-970 |
| | Telephone: 212.836.8000 |

*Attorneys for Defendant PFIZER INC.*